EXHIBIT 1 Page 1

# Financial Consolidation-Evergreen Pallet, Recycle & Magill Trucking
# Years 2016, 2017, 2018, 2019

| Balance Sheet | 12/31/2016 | 12/31/2017 | 12/31/2018 | 12/31/2019 |
|---|---|---|---|---|
| **Current Assets** | | | | |
| Cash in Bank | $67,759 | -$18,240 | -$75,950 | $45,693 |
| Escrow Holdback-Newtek loan in escrow | $63,209 | | | |
| Accounts Receivable | $541,473 | $530,677 | $388,038 | $217,825 |
| Inventory | $401,285 | $401,285 | $424,013 | $451,704 |
| Other Current Assets | $55,293 | $125,851 | $159,391 | $231,811 |
| **Total Current Assets** | $1,129,019 | $1,039,573 | $895,492 | $947,033 |
| **Property & Equipment** | | | | |
| Land | $132,510 | $132,510 | $132,510 | $132,510 |
| Building | $333,272 | $333,272 | $333,272 | $333,272 |
| Leasehold Improvements | $68,048 | $89,490 | $92,732 | $99,490 |
| Trucks & Trailers | $1,402,195 | $1,353,692 | $1,311,726 | $1,255,330 |
| Shop Equipment | $43,516 | $43,516 | $45,571 | $103,201 |
| Office Equipment | $11,993 | $11,993 | $11,993 | $11,993 |
| Equipment & Machinery | $2,080,609 | $2,165,430 | $2,111,020 | $2,068,063 |
| Accumulated Depreciation | -$1,475,703 | -$1,475,703 | -$1,475,703 | -$1,475,703 |
| **Total Property & Equipment** | $2,596,440 | $2,654,200 | $2,563,121 | $2,528,156 |
| **Total Other Assets** | $142,295 | $142,295 | $142,295 | $187,295 |
| **Total Assets** | $3,867,754 | $3,836,068 | $3,600,908 | $3,662,484 |
| **Current Liabilities** | | | | |
| Accounts Payable | $362,243 | $414,216 | $312,186 | $218,348 |
| Federal & State Taxes Due | $116,360 | $237,957 | $16,078 | $397,595 |
| Other Accounts Payable | $59,137 | $65,968 | $69,666 | $180,987 |
| **Total Current Liabilities** | $537,740 | $718,141 | $397,930 | $796,930 |
| **Long Term Liabilities** | | | | |
| Note Payable Evergreen Feedstock | | | $468,657 | $261,812 |
| Note Payable Emprise Bank | $49,071 | $64,643 | $44,230 | $29,992 |
| Note Payable Newtek* | $4,767,290 | $4,468,210 | $4,453,322 | $4,490,116 |
| Note Payable Newtek Inventory | | | $400,000 | $400,000 |
| Note Payable GE Capital | $125,099 | $103,723 | $80,820 | $54,221 |
| Note Payable Merchant Lenders | $208,140 | $216,667 | | $644,430 |
| Note Payable-Individuals | $55,100 | $724,000 | $864,087 | $725,784 |
| **Total Long Term Liabilities** | $5,204,700 | $5,577,243 | $6,311,116 | $6,606,355 |
| **Total Liabilities** | $5,742,440 | $6,295,384 | $6,709,046 | $7,403,285 |

EXHIBIT 1 Page 2

|  | 12/31/2016 | 12/31/2017 | 12/31/2018 | 12/31/2019 |
|---|---|---|---|---|
| **Member's Equity** |  |  |  |  |
| Current Year Income | -$53,941 | -$301,445 | -$318,046 | -$242,610 |
| Owner Draw |  |  | -$337,898 | -$710,295 |
| Member's Equity | -$1,820,744 | -$2,157,872 | -$2,452,195 | -$2,787,895 |
| **Member's Deficit** | -$1,874,685 | -$2,459,317 | -$3,108,139 | -$3,740,800 |
|  |  |  |  |  |
| **Total Liabilities & Member's Deficit** | $3,867,755 | $3,836,067 | $3,600,907 | $3,662,485 |

## Income Statement

|  | 12/31/2016 | 12/31/2017 | 12/31/2018 | 12/31/2019 |
|---|---|---|---|---|
| **Sales/Income** | $6,158,585 | $5,971,861 | $6,350,976 | $7,114,948 |
| **Cost of Goods Sold** | $1,375,665 | $1,424,844 | $1,704,176 | $1,787,996 |
| **Gross Profit** | $4,782,920 | $4,547,017 | $4,646,800 | $5,326,952 |
|  |  |  |  |  |
| Labor | $2,915,243 | $2,865,722 | $2,710,774 | $3,117,576 |
| Fuel Expense | $286,290 | $332,823 | $320,840 | $379,892 |
| Insurance Expense |  | $177,060 | $188,133 | $214,465 |
| Semi-variable expenses | $1,349,472 | $1,105,105 | $1,102,530 | $1,434,314 |
| **Total Expenses** | $4,551,005 | $4,480,710 | $4,322,277 | $5,146,247 |
|  |  |  |  |  |
| **Income Before Other Expense/Income** | $231,915 | $66,307 | $324,523 | $180,705 |
|  |  |  |  |  |
| **Other (Income)-Expense** |  |  |  |  |
| Interest Expense | $399,182 | $470,513 | $615,176 | $422,757 |
| Other Expense | $28,835 | $29,703 | $51,385 | $0 |
| One Time: Loan Costs Newtek | $67,838 | $0 | $17,750 | $1,813 |
| One Time Prior Year: Write Off Payables | $0 | -$132,464 | $10,038 | -$1,255 |
| One time: Insurance Settlement Receipt | -$210,000 | $0 | -$51,781 | $0 |
| Depreciation Expense | $0 | $0 | $0 |  |
| **Total Interest & Other Expense** | $285,855 | $367,752 | $642,568 | $423,315 |
|  |  |  |  |  |
| **Net Income** | -$53,940 | -$301,445 | -$318,045 | -$242,610 |

Financial Statements-Evergreen Pallet, Recycle, & Magill Trucking
Individual Financial Statements
Year 2016
Prepared 3/10/2017

EXHIBIT 1 Page 3

# Balance Sheet

|  | Evergreen Pallet | Evergreen Recycle | Magill Trucking | Consolidated | Intercompany Eliminations Debit | Intercompany Eliminations Credit | Total |
|---|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | | |
| Cash in Bank | $56,569 | $7,880 | $3,310 | $67,759 | | | $67,759 |
| Escrow Holdback-Newtek Loan Funds | $63,209 | | | $63,209 | | | $63,209 |
| Accounts Receivable | $448,502 | $83,971 | $9,000 | $541,473 | | | $541,473 |
| AR Due From Member | | | | $0 | | | $0 |
| AR-Pallet Distribution | | | $2,190,931 | $2,190,931 | | $2,190,931 | $0 |
| AR-Recycle Distribution | | | $1,312,479 | $1,312,479 | | $1,312,479 | $0 |
| Inventory | $288,170 | $87,995 | $25,120 | $401,285 | | | $401,285 |
| Intercompany Magill | $3,391,780 | $594,456 | | $3,986,236 | | $3,986,236 | $0 |
| Intercompany Pallet | | | | $0 | | | $0 |
| Intercompany Recycle | $312,110 | | | $312,110 | | $312,110 | $0 |
| Other Current Assets | $11,771 | $43,323 | $199 | $55,293 | | | $55,293 |
| **Total Current Assets** | $4,572,111 | $817,625 | $3,541,039 | $8,930,775 | $0 | $7,801,756 | $1,129,019 |
| **Property & Equipment** | | | | | | | |
| Land | | | $132,510 | $132,510 | | | $132,510 |
| Building | | | $333,272 | $333,272 | | | $333,272 |
| Leasehold Improvements | $62,348 | $5,700 | | $68,048 | | | $68,048 |
| Trucks & Trailers | $819,521 | $171,080 | $411,594 | $1,402,195 | | | $1,402,195 |
| Shop Equipment | | | $43,516 | $43,516 | | | $43,516 |
| Office Equipment | $4,318 | $7,675 | | $11,993 | | | $11,993 |
| Equipment & Machinery | $318,753 | $1,761,856 | | $2,080,609 | | | $2,080,609 |
| Accumulated Depreciation | -$522,823 | -$705,083 | -$247,797 | -$1,475,703 | | | -$1,475,703 |
| **Total Property & Equipment** | $682,117 | $1,241,228 | $673,095 | $2,596,440 | $0 | $0 | $2,596,440 |
| **Other Assets** | $125,996 | | $16,299 | $142,295 | | | $142,295 |
| **Total Assets** | $5,380,224 | $2,058,853 | $4,230,433 | $11,669,510 | $0 | $7,801,756 | $3,867,754 |
| **Current Liabilities** | | | | | | | |
| Accounts Payable | $251,925 | $13,759 | $96,559 | $362,243 | | | $362,243 |
| Accounts Payable Magill Distribution | $2,190,931 | $1,312,479 | | $3,503,410 | $3,503,410 | | $0 |
| Factored Receivables Payable | | | | $0 | | | $0 |
| Intercompany Evergreen Pallet | | $312,110 | $3,391,780 | $3,703,890 | $3,703,890 | | $0 |
| Intercompany Evergreen Recycle | | | $594,456 | $594,456 | $594,456 | | $0 |
| Intercompany Magill | | | | $0 | | | $0 |
| Federal & State Payroll Taxes Due | $112,566 | $3,794 | | $116,360 | | | $116,360 |
| Other Accounts Payable | $45,544 | $3,128 | $10,465 | $59,137 | | | $59,137 |
| **Total Current Liabilities** | $2,600,966 | $1,645,270 | $4,093,260 | $8,339,496 | $7,801,756 | $0 | $537,740 |
| **Long Term Liabilities** | | | | | | | |
| Note Payable GE Capital | | | $125,099 | $125,099 | | | $125,099 |
| Note Payable Kalamata | $208,140 | | | $208,140 | | | $208,140 |
| Note Payable Emprise Bank | $25,714 | | $23,357 | $49,071 | | | $49,071 |
| Note Payable Newtek | $3,952,867 | | $814,423 | $4,767,290 | | | $4,767,290 |
| Note Payable-Individuals | $55,100 | | | $55,100 | | | $55,100 |
| **Total Long Term Liabilities** | $4,241,821 | $0 | $962,879 | $5,204,700 | $0 | $0 | $5,204,700 |
| **Total Liabilities** | $6,842,787 | $1,645,270 | $5,056,139 | $13,544,196 | $7,801,756 | $0 | $5,742,440 |

EXHIBIT 1 Page 4

| | Evergreen Pallet | Evergreen Recycle | Magill Trucking | Consolidated | Intercompany Eliminations Debit | Credit | Total |
|---|---|---|---|---|---|---|---|
| **Member's Equity** | | | | | | | |
| Current Year Net Income (Note 1) | -$127,293 | $288,641 | -$215,289 | -$53,941 | | | -$53,941 |
| Member Equity | -$1,335,270 | $124,944 | -$610,418 | -$1,820,744 | | | -$1,820,744 |
| **Member's Equity/Deficit** | -$1,462,563 | $413,585 | -$825,707 | -$1,874,685 | | | -$1,874,685 |
| **Total Liabilities & Member's Deficit** | $5,380,224 | $2,058,855 | $4,230,432 | $11,669,511 | $7,801,756 | $0 | $3,867,755 |

## Income Statement

| | Evergreen Pallet | Evergreen Recycle | Magill Trucking | Consolidated | Debit | Credit | Total |
|---|---|---|---|---|---|---|---|
| **Sales/Income** | $4,935,890 | $1,082,358 | $1,091,619 | $7,109,867 | $951,282 | | $6,158,585 |
| **Cost of Goods Sold** | $1,375,665 | | | $1,375,665 | | | $1,375,665 |
| **Gross Profit** | $3,560,225 | $1,082,358 | $1,091,619 | $5,734,202 | $951,282 | $0 | $4,782,920 |
| Labor | $2,019,129 | $316,091 | $580,023 | $2,915,243 | | | $2,915,243 |
| Distribution Expense | $601,907 | $349,375 | | $951,282 | | $951,282 | $0 |
| Fuel Expense | $8,806 | $74,457 | $203,027 | $286,290 | | | $286,290 |
| Semi-variable expenses | $675,431 | $244,293 | $429,748 | $1,349,472 | | | $1,349,472 |
| **Total Expenses** | $3,305,273 | $984,216 | $1,212,798 | $5,502,287 | $0 | $951,282 | $4,551,005 |
| **Income before Other Income/Expense** | $254,952 | $98,142 | -$121,179 | $231,915 | | | $231,915 |
| **Other (Income)-Expense** | | | | | | | |
| Interest Expense | $321,495 | $16,227 | $61,460 | $399,182 | | | $399,182 |
| Other Expense | $8,313 | $3,274 | $17,248 | $28,835 | | | $28,835 |
| One Time: Loan Costs Newtek | $52,436 | | $15,402 | $67,838 | | | $67,838 |
| One Time Prior Year: Write Off | | | | $0 | | | $0 |
| One time: Insurance Settlement | | -$210,000 | | -$210,000 | | | -$210,000 |
| Depreciation Expense | | | | $0 | | | $0 |
| **Total Interest & Other Expense** | $382,244 | -$190,499 | $94,110 | $285,855 | $0 | $0 | $285,855 |
| **Net Income** | -$127,292 | $288,641 | -$215,289 | -$53,940 | $951,282 | $951,282 | -$53,940 |
| **Total Eliminations** | | | | | $8,753,038 | $8,753,038 | |

# Balance Sheet

|  | Evergreen Pallet | Evergreen Recycle | Magill Trucking | Consolidated | Intercompany Eliminations Debit | Credit | Total |
|---|---|---|---|---|---|---|---|
| **Current Assets** |  |  |  |  |  |  |  |
| Cash in Bank | -$11,413 | $3,231 | -$10,058 | -$18,240 |  |  | -$18,240 |
| Escrow Holdback-Newtek Loan Funds |  |  |  | $0 |  |  | $0 |
| Accounts Receivable | $423,968 | $104,727 | $1,982 | $530,677 |  |  | $530,677 |
| AR Due From Member |  |  |  | $0 |  |  | $0 |
| AR-Pallet Distribution |  |  |  | $0 |  |  | $0 |
| AR-Recycle Distribution |  |  |  | $0 |  |  | $0 |
| Inventory | $288,170 | $87,995 | $25,120 | $401,285 |  |  | $401,285 |
| Intercompany Magill |  |  |  | $0 |  |  | $0 |
| Intercompany Pallet |  |  |  | $0 |  |  | $0 |
| Intercompany Recycle |  |  |  | $0 |  |  | $0 |
| Other Current Assets | $83,608 | $43,324 | -$1,081 | $125,851 |  |  | $125,851 |
| **Total Current Assets** | $784,333 | $239,277 | $15,963 | $1,039,573 | $0 | $0 | $1,039,573 |
| **Property & Equipment** |  |  |  |  |  |  |  |
| Land |  |  | $132,510 | $132,510 |  |  | $132,510 |
| Building |  |  | $333,272 | $333,272 |  |  | $333,272 |
| Leasehold Improvements | $83,790 | $5,700 |  | $89,490 |  |  | $89,490 |
| Trucks & Trailers | $819,522 | $171,080 | $363,090 | $1,353,692 |  |  | $1,353,692 |
| Shop Equipment |  |  | $43,516 | $43,516 |  |  | $43,516 |
| Office Equipment | $4,318 | $7,675 |  | $11,993 |  |  | $11,993 |
| Equipment & Machinery | $376,582 | $1,788,848 |  | $2,165,430 |  |  | $2,165,430 |
| Accumulated Depreciation | -$522,823 | -$705,083 | -$247,797 | -$1,475,703 |  |  | -$1,475,703 |
| **Total Property & Equipment** | $761,389 | $1,268,220 | $624,591 | $2,654,200 | $0 | $0 | $2,654,200 |
| **Other Assets** | $1,887,601 |  | $785,514 | $2,673,115 |  | $2,530,820 | $142,295 |
| **Total Assets** | $3,433,323 | $1,507,497 | $1,426,068 | $6,366,888 | $0 | $2,530,820 | $3,836,068 |
| **Current Liabilities** |  |  |  |  |  |  |  |
| Accounts Payable | $319,063 | $26,561 | $68,592 | $414,216 |  |  | $414,216 |
| Accounts Payable Magill Distribution |  |  |  | $0 |  |  | $0 |
| Factored Receivables Payable |  |  |  | $0 |  |  | $0 |
| Intercompany Evergreen Pallet |  |  |  | $0 |  |  | $0 |
| Intercompany Evergreen Recycle |  |  |  | $0 |  |  | $0 |
| Intercompany Magill |  |  |  | $0 |  |  | $0 |
| Federal & State Payroll Taxes Due | $147,006 | $28,026 | $62,925 | $237,957 |  |  | $237,957 |
| Other Accounts Payable | $43,980 | $3,418 | $18,570 | $65,968 |  |  | $65,968 |
| **Total Current Liabilities** | $510,049 | $58,005 | $150,087 | $718,141 | $0 | $0 | $718,141 |
| **Long Term Liabilities** |  |  |  |  |  |  |  |
| Note Payable GE Capital |  |  | $103,723 | $103,723 |  |  | $103,723 |
| Note Payable Kalamata | $216,667 |  |  | $216,667 |  |  | $216,667 |
| Note Payable Emprise Bank | $20,589 | $26,306 | $17,748 | $64,643 |  |  | $64,643 |
| Note Payable Newtek | $3,687,583 |  | $780,627 | $4,468,210 |  |  | $4,468,210 |
| Note Payable-Individuals | $724,000 |  |  | $724,000 |  |  | $724,000 |
| Intercompany Pallet |  | $189,466 | $1,572,139 | $1,761,605 | $1,761,605 |  | $0 |
| Intercompany Magill |  | $769,215 |  | $769,215 | $769,215 |  | $0 |
| **Total Long Term Liabilities** | $4,648,839 | $984,987 | $2,474,237 | $8,108,063 | $2,530,820 | $0 | $5,577,243 |
| **Total Liabilities** | $5,158,888 | $1,042,992 | $2,624,324 | $8,826,204 | $2,530,820 | $0 | $6,295,384 |

EXHIBIT 1 Page 6

| | Evergreen Pallet | Evergreen Recycle | Magill Trucking | Consolidated | Intercompany Eliminations Debit | Intercompany Eliminations Credit | Total |
|---|---|---|---|---|---|---|---|
| **Member's Equity** | | | | | | | |
| Current Year Net Income (Note 1) | $37,703 | $62,148 | -$401,296 | -$301,445 | | | -$301,445 |
| Member Equity | -$1,763,269 | $402,356 | -$796,959 | -$2,157,872 | | | -$2,157,872 |
| **Member's Equity/Deficit** | -$1,725,566 | $464,504 | -$1,198,255 | -$2,459,317 | | | -$2,459,317 |
| **Total Liabilities & Member's Deficit** | $3,433,322 | $1,507,496 | $1,426,069 | $6,366,887 | $2,530,820 | $0 | $3,836,067 |

## Income Statement

| | Evergreen Pallet | Evergreen Recycle | Magill Trucking | Consolidated | Debit | Credit | Total |
|---|---|---|---|---|---|---|---|
| **Sales/Income** | $4,974,004 | $898,022 | $996,258 | $6,868,284 | $896,423 | | $5,971,861 |
| **Cost of Goods Sold** | $1,424,844 | | | $1,424,844 | | | $1,424,844 |
| **Gross Profit** | $3,549,160 | $898,022 | $996,258 | $5,443,440 | $896,423 | $0 | $4,547,017 |
| Labor | $1,909,292 | $287,911 | $668,519 | $2,865,722 | | | $2,865,722 |
| Distribution Expense | $606,403 | $290,020 | | $896,423 | | $896,423 | $0 |
| Fuel Expense | $3,949 | $77,248 | $251,626 | $332,823 | | | $332,823 |
| Insurance-Prop | $35,233 | $2,222 | $139,605 | $177,060 | | | $177,060 |
| Semi-variable expenses | $668,241 | $174,995 | $261,869 | $1,105,105 | | | $1,105,105 |
| **Total Expenses** | $3,223,118 | $832,396 | $1,321,619 | $5,377,133 | $0 | $896,423 | $4,480,710 |
| **Income before Other Income/Expense** | $326,042 | $65,626 | -$325,361 | $66,307 | | | $66,307 |
| **Other (Income)-Expense** | | | | | | | |
| Interest Expense | $413,839 | $135 | $56,539 | $470,513 | | | $470,513 |
| Other Expense | $15,194 | $3,343 | $11,166 | $29,703 | | | $29,703 |
| One Time: Loan Costs Newtek | | | | $0 | | | $0 |
| One Time Prior Year: Write Off | -$140,694 | | $8,230 | -$132,464 | | | -$132,464 |
| One time: Insurance Settlement | | | | $0 | | | $0 |
| Depreciation Expense | | | | $0 | | | $0 |
| **Total Interest & Other Expense** | $288,339 | $3,478 | $75,935 | $367,752 | $0 | $0 | $367,752 |
| **Net Income** | $37,703 | $62,148 | -$401,296 | -$301,445 | $896,423 | $896,423 | -$301,445 |
| **Total Eliminations** | | | | | $3,427,243 | $3,427,243 | |

Financial Statements-Evergreen Pallet, Recycle, & Magill Trucking
Individual Financial Statements
Year 2018
Prepared 3/10/2019

EXHIBIT 1 Page 7

## Balance Sheet

| | Evergreen Pallet | Evergreen Recycle | Magill Trucking | Consolidated | Intercompany Eliminations Debit | Intercompany Eliminations Credit | Total |
|---|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | | |
| Cash in Bank | -$65,404 | -$1,515 | -$9,031 | -$75,950 | | | -$75,950 |
| Accounts Receivable | $174,596 | $155,207 | $17,659 | $347,462 | | | $347,462 |
| Feedstock Intercompany | | | $40,576 | $40,576 | | | $40,576 |
| AR-Pallet Distribution | | | $561,402 | $561,402 | | $561,402 | $0 |
| AR-Recycle Distribution | | | $197,867 | $197,867 | | $197,867 | $0 |
| Inventory | $310,898 | $87,995 | $25,120 | $424,013 | | | $424,013 |
| Other Current Assets | $118,358 | $41,731 | -$698 | $159,391 | | | $159,391 |
| **Total Current Assets** | $538,448 | $283,418 | $832,895 | $1,654,761 | $0 | $759,269 | $895,492 |
| **Property & Equipment** | | | | | | | |
| Land | | | $132,510 | $132,510 | | | $132,510 |
| Building | | | $333,272 | $333,272 | | | $333,272 |
| Leasehold Improvements | $87,032 | $5,700 | | $92,732 | | | $92,732 |
| Trucks & Trailers | $819,522 | $171,308 | $320,896 | $1,311,726 | | | $1,311,726 |
| Shop Equipment | | | $45,571 | $45,571 | | | $45,571 |
| Office Equipment | $4,318 | $7,675 | | $11,993 | | | $11,993 |
| Equipment & Machinery | $385,475 | $1,725,545 | | $2,111,020 | | | $2,111,020 |
| Accumulated Depreciation | -$522,823 | -$705,083 | -$247,797 | -$1,475,703 | | | -$1,475,703 |
| **Total Property & Equipment** | $773,524 | $1,205,145 | $584,452 | $2,563,121 | $0 | $0 | $2,563,121 |
| **Other Assets** | | | | | | | |
| Intercompany Magill | $2,647,276 | | | $2,647,276 | | $2,647,276 | $0 |
| Intercompany Pallet | | | | $0 | | | $0 |
| Intercompany Recycle | $114,845 | | $619,778 | $734,623 | | $734,623 | $0 |
| Loan Cost | $125,996 | | $16,299 | $142,295 | | | $142,295 |
| **Total Other Assets** | $2,888,117 | $0 | $636,077 | $3,524,194 | $0 | $3,381,899 | $142,295 |
| **Total Assets** | $4,200,089 | $1,488,563 | $2,053,424 | $7,742,076 | $0 | $4,141,168 | $3,600,908 |
| **Current Liabilities** | | | | | | | |
| Accounts Payable | $268,482 | $17,404 | $26,300 | $312,186 | | | $312,186 |
| Accounts Payable Magill Distribution | $561,402 | $197,867 | | $759,269 | $759,269 | | $0 |
| Factored Receivables Payable | | | | $0 | | | $0 |
| Federal & State Payroll Taxes Due | $8,599 | $2,417 | $5,062 | $16,078 | | | $16,078 |
| Other Accounts Payable | $46,749 | $5,221 | $17,696 | $69,666 | | | $69,666 |
| **Total Current Liabilities** | $885,232 | $222,909 | $49,058 | $1,157,199 | $759,269 | $0 | $397,930 |
| **Long Term Liabilities** | | | | | | | |
| Due to Evergreen Feedstock | $468,657 | | | $468,657 | | | $468,657 |
| Note Payable GE Capital | | | $80,820 | $80,820 | | | $80,820 |
| Note Payable Emprise Bank | $14,644 | $17,755 | $11,831 | $44,230 | | | $44,230 |
| Note Payable Newtek Inventory | $400,000 | | | $400,000 | | | $400,000 |
| Note Payable Newtek | $3,696,343 | | $756,979 | $4,453,322 | | | $4,453,322 |
| Note Payable-Individuals | $864,087 | | | $864,087 | | | $864,087 |
| Intercompany Pallet | | $114,845 | $2,647,276 | $2,762,121 | $2,762,121 | | $0 |
| Intercompany Magill | | $619,778 | | $619,778 | $619,778 | | $0 |
| **Total Long Term Liabilities** | $5,443,731 | $752,378 | $3,496,906 | $9,693,015 | $3,381,899 | $0 | $6,311,116 |
| **Total Liabilities** | $6,328,963 | $975,287 | $3,545,964 | $10,850,214 | $4,141,168 | $0 | $6,709,046 |

EXHIBIT 1 Page 8

| | Evergreen Pallet | Evergreen Recycle | Magill Trucking | Consolidated | Intercompany Eliminations Debit | Credit | Total |
|---|---|---|---|---|---|---|---|
| **Member's Equity** | | | | | | | |
| Current Year Net Income (Note 1) | $91,689 | $19,526 | -$429,261 | -$318,046 | | | -$318,046 |
| Owner Draw | -$495,215 | $18,040 | $139,277 | -$337,898 | | | -$337,898 |
| Member Equity | -$1,725,348 | $475,709 | -$1,202,556 | -$2,452,195 | | | -$2,452,195 |
| **Member's Equity/Deficit** | -$2,128,874 | $513,275 | -$1,492,540 | -$3,108,139 | | | -$3,108,139 |
| **Total Liabilities & Member's Deficit** | $4,200,089 | $1,488,562 | $2,053,424 | $7,742,075 | $4,141,168 | $0 | $3,600,907 |

# Income Statement

| | Evergreen Pallet | Evergreen Recycle | Magill Trucking | Consolidated | Debit | Credit | Total |
|---|---|---|---|---|---|---|---|
| **Sales/Income** | $5,524,762 | $670,764 | $1,046,047 | $7,241,573 | $890,597 | | $6,350,976 |
| **Cost of Goods Sold** | $1,704,176 | | | $1,704,176 | | | $1,704,176 |
| **Gross Profit** | $3,820,586 | $670,764 | $1,046,047 | $5,537,397 | $890,597 | $0 | $4,646,800 |
| Labor | $1,694,364 | $271,317 | $745,093 | $2,710,774 | | | $2,710,774 |
| Distribution Expense | $674,258 | $216,339 | | $890,597 | | $890,597 | $0 |
| Fuel Expense | $12,259 | $55,329 | $253,252 | $320,840 | | | $320,840 |
| Insurance-Prop | $57,511 | $3,673 | $126,949 | $188,133 | | | $188,133 |
| Semi-variable expenses | $728,171 | $97,678 | $276,681 | $1,102,530 | | | $1,102,530 |
| **Total Expenses** | $3,166,563 | $644,336 | $1,401,975 | $5,212,874 | $0 | $890,597 | $4,322,277 |
| **Income before Other Income/Expense** | $654,023 | $26,428 | -$355,928 | $324,523 | | | $324,523 |
| **Other (Income)-Expense** | | | | | | | |
| Interest Expense | $549,446 | $1,440 | $64,290 | $615,176 | | | $615,176 |
| Tax Penalty | $47,651 | | $3,734 | $51,385 | | | $51,385 |
| One Time: Loan Costs Newtek | $17,019 | | $731 | $17,750 | | | $17,750 |
| One Time Prior Year: Write Off | | $5,463 | $4,575 | $10,038 | | | $10,038 |
| One time: Insurance Settlement Incom | -$51,781 | | | -$51,781 | | | -$51,781 |
| Depreciation Expense | | | | $0 | | | $0 |
| **Total Interest & Other Expense** | $562,335 | $6,903 | $73,330 | $642,568 | $0 | $0 | $642,568 |
| **Net Income** | $91,688 | $19,525 | -$429,258 | -$318,045 | $890,597 | $890,597 | -$318,045 |
| **Total Eliminations** | | | | | $5,031,765 | $5,031,765 | |

Financial Statements-Evergreen Pallet, Recycle, & Magill Trucking
Individual Financial Statements-Preliminary
Year 2019
Prepared 2/14/2019

EXHIBIT 1 Page 9

# Balance Sheet

| | Evergreen Pallet | Evergreen Recycle | Magill Trucking | Consolidated | Intercompany Eliminations Debit | Intercompany Eliminations Credit | Total |
|---|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | | |
| Cash in Bank | $34,102 | $5,126 | $6,465 | $45,693 | | | $45,693 |
| Accounts Receivable | $174,031 | $31,391 | $12,403 | $217,825 | | | $217,825 |
| Feedstock Intercompany | | $111,493 | $31,465 | $142,958 | | $142,958 | $0 |
| AR-Pallet Distribution | | | $561,402 | $561,402 | | $561,402 | $0 |
| AR-Recycle Distribution | | | $197,867 | $197,867 | | $197,867 | $0 |
| Inventory | $338,589 | $87,995 | $25,120 | $451,704 | | | $451,704 |
| Other Current Assets | $187,419 | $44,392 | | $231,811 | | | $231,811 |
| **Total Current Assets** | $734,141 | $280,397 | $834,722 | $1,849,260 | $0 | $902,227 | $947,033 |
| | | | | | | | |
| **Property & Equipment** | | | | | | | |
| Land | | | $132,510 | $132,510 | | | $132,510 |
| Building | | | $333,272 | $333,272 | | | $333,272 |
| Leasehold Improvements | $93,790 | $5,700 | | $99,490 | | | $99,490 |
| Trucks & Trailers | $766,367 | $180,067 | $308,896 | $1,255,330 | | | $1,255,330 |
| Shop Equipment | $55,229 | | $47,972 | $103,201 | | | $103,201 |
| Office Equipment | $4,318 | $7,675 | | $11,993 | | | $11,993 |
| Equipment & Machinery | $324,246 | $1,743,817 | | $2,068,063 | | | $2,068,063 |
| Accumulated Depreciation | -$522,823 | -$705,083 | -$247,797 | -$1,475,703 | | | -$1,475,703 |
| **Total Property & Equipment** | $721,127 | $1,232,176 | $574,853 | $2,528,156 | $0 | $0 | $2,528,156 |
| | | | | | | | |
| **Other Assets** | | | | | | | |
| Intercompany Magill | $3,085,087 | | | $3,085,087 | | $3,085,087 | $0 |
| Intercompany Pallet | | | | $0 | | | $0 |
| Intercompany Recycle | $10,702 | | $798,068 | $808,770 | | $808,770 | $0 |
| Loan Cost | $124,996 | | $16,299 | $141,295 | | | $141,295 |
| Other Assets | $16,000 | $15,000 | $15,000 | $46,000 | | | $46,000 |
| **Total Other Assets** | $3,236,785 | $15,000 | $829,367 | $4,081,152 | $0 | $3,893,857 | $187,295 |
| | | | | | | | |
| **Total Assets** | $4,692,053 | $1,527,573 | $2,238,942 | $8,458,568 | $0 | $4,796,084 | $3,662,484 |
| | | | | | | | |
| **Current Liabilities** | | | | | | | |
| Accounts Payable | $213,748 | $3,653 | $947 | $218,348 | | | $218,348 |
| Accounts Payable Magill Distribution | $561,402 | $197,867 | | $759,269 | $759,269 | | $0 |
| Factored Receivables Payable | | | | $0 | | | $0 |
| Federal & State Payroll Taxes Due | $217,642 | $35,331 | $144,622 | $397,595 | | | $397,595 |
| Other Accounts Payable | $145,227 | $9,241 | $26,519 | $180,987 | | | $180,987 |
| **Total Current Liabilities** | $1,138,019 | $246,092 | $172,088 | $1,556,199 | $759,269 | $0 | $796,930 |
| | | | | | | | |
| **Long Term Liabilities** | | | | | | | |
| Due to Evergreen Feedstock | $404,770 | | | $404,770 | $142,958 | | $261,812 |
| Note Payable SRS Capital | $114,144 | | | $114,144 | | | $114,144 |
| Note Payable Next Wave | $175,495 | | | $175,495 | | | $175,495 |
| Note Payable Emerald Group | $252,476 | | | $252,476 | | | $252,476 |
| Note Payable Advance Service | $102,315 | | | $102,315 | | | $102,315 |
| Note Payable GE Capital | | | $54,221 | $54,221 | | | $54,221 |
| Note Payable Emprise Bank | $11,019 | $9,798 | $9,175 | $29,992 | | | $29,992 |
| Note Payable Newtek Inventory | $400,000 | | | $400,000 | | | $400,000 |
| Note Payable Newtek | $3,698,737 | | $791,379 | $4,490,116 | | | $4,490,116 |
| Note Payable-Individuals | $725,784 | | | $725,784 | | | $725,784 |
| Intercompany Pallet | | $10,702 | $3,085,087 | $3,095,789 | $3,095,789 | | $0 |
| Intercompany Magill | | $798,068 | | $798,068 | $798,068 | | $0 |
| **Total Long Term Liabilities** | $5,884,740 | $818,568 | $3,939,862 | $10,643,170 | $4,036,815 | $0 | $6,606,355 |
| | | | | | | | |
| **Total Liabilities** | $7,022,759 | $1,064,660 | $4,111,950 | $12,199,369 | $4,796,084 | $0 | $7,403,285 |

EXHIBIT 1 Page 10

|  | Evergreen Pallet | Evergreen Recycle | Magill Trucking | Consolidated | Intercompany Eliminations Debit | Credit | Total |
|---|---|---|---|---|---|---|---|
| **Member's Equity** | | | | | | | |
| Current Year Net Income (Note 1) | $166,853 | -$32,094 | -$377,369 | -$242,610 | | | -$242,610 |
| Owner Draw | -$860,658 | | $150,363 | -$710,295 | | | -$710,295 |
| Member Equity | -$1,636,900 | $495,007 | -$1,646,002 | -$2,787,895 | | | -$2,787,895 |
| **Member's Equity/Deficit** | -$2,330,705 | $462,913 | -$1,873,008 | -$3,740,800 | | | -$3,740,800 |
| **Total Liabilities & Member's Deficit** | $4,692,054 | $1,527,573 | $2,238,942 | $8,458,569 | $4,796,084 | $0 | $3,662,485 |

# Income Statement

|  | Evergreen Pallet | Evergreen Recycle | Magill Trucking | Consolidated | Debit | Credit | Total |
|---|---|---|---|---|---|---|---|
| **Sales/Income** | $6,248,854 | $665,290 | $1,278,783 | $8,192,927 | $1,077,979 | | $7,114,948 |
| **Cost of Goods Sold** | $1,777,400 | $10,596 | | $1,787,996 | | | $1,787,996 |
| **Gross Profit** | $4,471,454 | $654,694 | $1,278,783 | $6,404,931 | $1,077,979 | $0 | $5,326,952 |
| Labor | $2,030,220 | $229,776 | $857,580 | $3,117,576 | | | $3,117,576 |
| Distribution Expense | $873,878 | $204,101 | | $1,077,979 | | $1,077,979 | $0 |
| Fuel Expense | $11,329 | $79,651 | $288,912 | $379,892 | | | $379,892 |
| Insurance-Property & Liability | $65,943 | | $148,522 | $214,465 | | | $214,465 |
| Semi-variable & Fixed Expenses | $946,154 | $166,013 | $322,147 | $1,434,314 | | | $1,434,314 |
| **Total Expenses** | $3,927,524 | $679,541 | $1,617,161 | $6,224,226 | $0 | $1,077,979 | $5,146,247 |
| **Income before Other Income/Expense** | $543,930 | -$24,847 | -$338,378 | $180,705 | | | $180,705 |
| **Other (Income)-Expense** | | | | | | | |
| Interest Expense | $375,264 | $7,247 | $40,246 | $422,757 | | | $422,757 |
| Tax Penalty | | | | $0 | | | $0 |
| One Time: Loan Costs Newtek | $1,813 | | | $1,813 | | | $1,813 |
| One Time Prior Year: Write Off | | | -$1,255 | -$1,255 | | | -$1,255 |
| One time: Insurance Settlement Income | | | | $0 | | | $0 |
| Depreciation Expense | | | | $0 | | | $0 |
| **Total Interest & Other Expense** | $377,077 | $7,247 | $38,991 | $423,315 | $0 | $0 | $423,315 |
| **Net Income** | $166,853 | -$32,094 | -$377,369 | -$242,610 | $1,077,979 | $1,077,979 | -$242,610 |
| **Total Eliminations** | | | | | $5,874,063 | $5,874,063 | |