Consolidated Cash Flow-Evergreen Pallet, Recycle, Magill
Year 2020 Projection
Prepared 2/17/2020

EXHIBIT 2 Page 1

| Cash Flow B-4 Other Payments | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Evergreen Pallet | $24,765 | $37,135 | $45,423 | $50,526 | $47,294 | $43,886 | $61,354 | $74,880 | $54,655 | $57,959 | $33,778 | $25,592 | $557,248 |
| Evergreen Recycle | -$28,204 | -$32,740 | $33,063 | $15,133 | $20,824 | $19,092 | -$3,303 | $10,821 | -$8,512 | -$2,747 | -$6,883 | -$12,837 | $3,708 |
| Magill Truck Line | -$13,519 | $622 | $7,179 | $11,217 | $8,660 | $5,964 | $19,783 | $30,484 | $14,483 | $17,097 | -$2,033 | -$8,510 | $91,427 |
| Total Cash Flow To Point | -$16,958 | $5,017 | $85,665 | $76,876 | $76,778 | $68,942 | $77,835 | $116,186 | $60,626 | $72,310 | $24,861 | $4,245 | $652,383 |

| Less: Debt Payments to be Made | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Evergreen Pallet | $18,108 | $18,108 | $18,108 | $27,809 | $41,252 | $41,252 | $41,252 | $41,252 | $41,252 | $41,252 | $47,359 | $47,359 | $424,360 |
| Evergreen Recycle | $1,079 | $1,079 | $1,079 | $1,079 | $1,759 | $1,759 | $1,759 | $1,759 | $1,759 | $1,759 | $1,759 | $1,759 | $18,388 |
| Magill Truck Line | $2,999 | $2,999 | $2,999 | $2,999 | $5,893 | $5,893 | $5,893 | $5,893 | $5,893 | $5,893 | $5,893 | $5,893 | $59,141 |
| Total Debt Payments | $22,186 | $22,186 | $22,186 | $31,887 | $48,904 | $48,904 | $48,904 | $48,904 | $48,904 | $48,904 | $55,011 | $55,011 | $501,889 |

| Net Cash Flow from Companies | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Evergreen Pallet | $6,658 | $19,027 | $27,315 | $22,718 | $6,043 | $2,635 | $20,103 | $33,629 | $13,403 | $16,707 | -$13,581 | -$21,767 | $132,888 |
| Evergreen Recycle | -$29,283 | -$33,819 | $31,984 | $14,054 | $19,065 | $17,333 | -$5,062 | $9,062 | -$10,271 | -$4,506 | -$8,642 | -$14,596 | -$14,680 |
| Magill Truck Line | -$16,518 | -$2,377 | $4,180 | $8,218 | $2,767 | $71 | $13,890 | $24,591 | $8,590 | $11,204 | -$7,927 | -$14,403 | $32,286 |
| Total Net Cash Flow | -$39,144 | -$17,169 | $63,479 | $44,990 | $27,874 | $20,038 | $28,931 | $67,282 | $11,722 | $23,406 | -$30,150 | -$50,766 | $150,494 |

| Plus: Other Cash Sources | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sale of Truck #200 | | | | $30,000 | | | | | | | | | $30,000 |
| Sale of Truck #180 | | | | $8,000 | | | | | | | | | $8,000 |
| Derby Grinding | | | | $20,000 | | | | | | | | | $20,000 |
| Newtek-Pre filing 20% Released | | | | | $70,000 | | | | | | | | $70,000 |
| Total Other Cash Sources | $0 | $0 | $58,000 | $70,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $128,000 |

| Less: Other Payments to be Made: | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trustee Fees | | $16,500 | | | $16,500 | | | | | | | | $33,000 |
| Cash collateral to Newtek | | | $68,000 | $14,000 | | | | | | | | | $82,000 |
| Total Other Payments | $0 | $16,500 | $68,000 | $14,000 | $16,500 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $115,000 |

| Cash Flow Projected for Year 2020 | -$39,144 | -$33,669 | $53,479 | $100,990 | $11,374 | $20,038 | $28,931 | $67,282 | $11,722 | $23,406 | -$30,150 | -$50,766 | $163,494 |

Evergreen Pallet
Year 2020 Projection
Prepared 2/17/2020

EXHIBIT 2 Page 2

| Revenue: | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Revenue | $406,371 | $479,549 | $513,479 | $534,373 | $521,142 | $507,190 | $578,703 | $634,077 | $551,274 | $564,803 | $465,807 | $432,294 | $6,189,062 |
| Sales Revenue Growth | $4,064 | $4,795 | $5,135 | $5,344 | $5,211 | $5,072 | $5,787 | $6,341 | $5,513 | $5,648 | $4,658 | $4,323 | $61,891 |
| Price increase: Independent Salt-$1.45 | $3,632 | $4,286 | $4,589 | $4,776 | $4,658 | $4,533 | $5,172 | $5,667 | $4,927 | $5,048 | $4,163 | $3,864 | $55,318 |
| Price increase: Creekstone | $5,434 | $5,434 | $5,434 | $5,434 | $5,434 | $5,434 | $5,434 | $5,434 | $5,434 | $5,434 | $5,434 | $5,434 | $65,207 |
| Creekstone Sales Increase | $34,541 | $34,541 | $34,541 | $34,541 | $34,541 | $34,541 | $34,541 | $34,541 | $34,541 | $34,541 | $34,541 | $34,541 | $414,493 |
| **Total Revenue** | $454,042 | $528,606 | $563,178 | $584,468 | $570,986 | $556,770 | $629,637 | $686,060 | $601,689 | $615,474 | $514,603 | $480,456 | $6,785,970 |
| | | | | | | | | | | | | | |
| **Cost of Goods Sold** | $122,591 | $142,724 | $152,058 | $157,806 | $154,166 | $150,328 | $170,002 | $185,236 | $162,456 | $166,178 | $138,943 | $129,723 | $1,832,212 |
| | | | | | | | | | | | | | |
| **Variable & Fixed Expenses** | | | | | | | | | | | | | |
| Advertising | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $7,800 |
| Bank Service Charge | $532 | $532 | $532 | $532 | $532 | $532 | $532 | $532 | $532 | $532 | $532 | $532 | $6,384 |
| Freight Magill | $86,112 | $100,253 | $106,810 | $110,848 | $108,291 | $105,595 | $119,415 | $130,115 | $114,114 | $116,728 | $97,598 | $91,121 | $1,287,000 |
| Maintenance Magill | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $180,000 |
| Maintenance Recycle | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $9,000 |
| Waste Disposal Recycle | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $63,000 |
| Contract Labor-Feedstock | $2,296 | $2,296 | $2,296 | $2,296 | $2,296 | $2,296 | $2,296 | $2,296 | $2,296 | $2,296 | $2,296 | $2,296 | $27,547 |
| Equipment Rental | $8,360 | $8,360 | $8,360 | $8,360 | $8,360 | $8,360 | $8,360 | $8,360 | $8,360 | $8,360 | $8,360 | $8,360 | $100,320 |
| Equipment Repairs | $5,246 | $5,246 | $5,246 | $5,246 | $5,246 | $5,246 | $5,246 | $5,246 | $5,246 | $5,246 | $5,246 | $5,246 | $62,952 |
| Fuel | $1,020 | $1,020 | $1,020 | $1,020 | $1,020 | $1,020 | $1,020 | $1,020 | $1,020 | $1,020 | $1,020 | $1,020 | $12,240 |
| Heat Treat Expense | $1,905 | $1,905 | $1,905 | $1,905 | $1,905 | $1,905 | $1,905 | $1,905 | $1,905 | $1,905 | $1,905 | $1,905 | $22,860 |
| Insurance | $3,723 | $3,723 | $3,723 | $3,723 | $3,723 | $3,723 | $3,723 | $3,723 | $3,723 | $3,723 | $3,723 | $3,723 | $44,676 |
| Leasing Automation-$2,671/month see Class 38 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Leasing Trucks-5 trucks | $495 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $66,495 |
| Meals & Entertainment | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $9,000 |
| Miscellaneous | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $24,000 |
| Office Supplies & Expenses | $1,058 | $1,058 | $1,058 | $1,058 | $1,058 | $1,058 | $1,058 | $1,058 | $1,058 | $1,058 | $1,058 | $1,058 | $12,696 |
| Payroll Expense | $136,494 | $158,910 | $169,303 | $175,703 | $171,650 | $167,376 | $189,282 | $206,244 | $180,880 | $185,024 | $154,700 | $144,435 | $2,040,000 |
| Professional Fees | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $36,000 |
| Propane | $2,260 | $2,260 | $2,260 | $2,260 | $2,260 | $2,260 | $2,260 | $2,260 | $2,260 | $2,260 | $2,260 | $2,260 | $27,120 |
| Real Estate Taxes | $1,365 | $1,365 | $1,365 | $1,365 | $1,365 | $1,365 | $1,365 | $1,365 | $1,365 | $1,365 | $1,365 | $1,365 | $16,380 |
| Rent | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $156,000 |
| Repairs & Maintenance | $3,550 | $3,550 | $3,550 | $3,550 | $3,550 | $3,550 | $3,550 | $3,550 | $3,550 | $3,550 | $3,550 | $3,550 | $42,600 |
| Safety Supplies | $1,487 | $1,487 | $1,487 | $1,487 | $1,487 | $1,487 | $1,487 | $1,487 | $1,487 | $1,487 | $1,487 | $1,487 | $17,844 |
| Shop Supplies | $853 | $853 | $853 | $853 | $853 | $853 | $853 | $853 | $853 | $853 | $853 | $853 | $10,236 |
| Telephone | $850 | $850 | $850 | $850 | $850 | $850 | $850 | $850 | $850 | $850 | $850 | $850 | $10,200 |
| Trailer Rent | $3,820 | $3,820 | $3,820 | $3,820 | $3,820 | $3,820 | $3,820 | $3,820 | $3,820 | $3,820 | $3,820 | $3,820 | $45,840 |
| Travel | $780 | $780 | $780 | $780 | $780 | $780 | $780 | $780 | $780 | $780 | $780 | $780 | $9,360 |
| Utilities | $4,080 | $4,080 | $4,080 | $4,080 | $4,080 | $4,080 | $4,080 | $4,080 | $4,080 | $4,080 | $4,080 | $4,080 | $48,960 |
| **Total Variable & Fixed Expenses** | $306,686 | $348,747 | $365,697 | $376,135 | $369,526 | $362,556 | $398,281 | $425,944 | $384,578 | $391,337 | $341,882 | $325,141 | $4,396,510 |
| | | | | | | | | | | | | | |
| **Cash Flow to Point** | $24,765 | $37,135 | $45,423 | $50,526 | $47,294 | $43,886 | $61,354 | $74,880 | $54,655 | $57,959 | $33,778 | $25,592 | $557,248 |

EXHIBIT 2 Page 3

**Evergreen Pallet**
**Year 2020 Projection**
**Prepared 2/17/2020**

| Debt Payments to be Made: | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ralls Compensation | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $180,000 |
| Class 1-Newtek | | | | | $12,142 | $12,142 | $12,142 | $12,142 | $12,142 | $12,142 | $17,629 | $17,629 | $108,109 |
| Class2-CDS-Inventory | | | | | $1,431 | $1,431 | $1,431 | $1,431 | $1,431 | $1,431 | $2,051 | $2,051 | $12,688 |
| Class 3-Financial Pacific Leasing-$1,389.56 | $1,340 | $1,340 | $1,340 | $1,340 | $219 | $219 | $219 | $219 | $219 | $219 | $219 | $219 | $7,113 |
| Class 4-Pawnee Leasing Corp-$1,2281.41 | $1,228 | $1,228 | $1,228 | $1,228 | $219 | $219 | $219 | $219 | $219 | $219 | $219 | $219 | $6,665 |
| Class 5-Emprise Bank-Pallet | $540 | $540 | $540 | $540 | $540 | $540 | $540 | $540 | $540 | $540 | $540 | $540 | $6,474 |
| Class 6-Lease Consultants Pressure Washer | | | | | | | | | | | | | $0 |
| Class 7-MCHB-Pallet | | | | | | | | | | | | | $0 |
| Class 8-Lift Parts | | | | | | | | | | | | | $0 |
| Class 9-IRS | | | | $5,287 | $5,287 | $5,287 | $5,287 | $5,287 | $5,287 | $5,287 | $5,287 | $5,287 | $47,583 |
| Class 10-Allowed Unsecured Non-Priority | | | | $4,414 | $4,414 | $4,414 | $4,414 | $4,414 | $4,414 | $4,414 | $4,414 | $4,414 | $39,727 |
| Class 11-Equity Security Jeff Ralls | | | | | | | | | | | | | $0 |
| Class 12-Allowed Administrative Claims-Legal | | | | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $16,000 |
| | | | | | | | | | | | | | $0 |
| **Total Debt Payments** | $18,108 | $18,108 | $18,108 | $27,809 | $41,252 | $41,252 | $41,252 | $41,252 | $41,252 | $41,252 | $47,359 | $47,359 | $424,360 |
| **Cash Flow Projected for Year 2020** | $6,658 | $19,027 | $27,315 | $22,718 | $6,043 | $2,635 | $20,103 | $33,629 | $13,403 | $16,707 | -$13,581 | -$21,767 | $132,888 |

Evergreen Recycle
Year 2020 Projection
Prepared 2/17/2020

EXHIBIT 2 Page 4

| Revenue: | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Revenue | $18,168 | $8,683 | $43,207 | $45,169 | $42,056 | $33,488 | $14,982 | $30,719 | $13,037 | $17,926 | $19,665 | $21,612 | $308,712 |
| Scales Revenue | $15,441 | $14,373 | $42,111 | $23,225 | $25,168 | $30,497 | $26,506 | $27,244 | $24,008 | $24,927 | $20,136 | $17,806 | $291,442 |
| Less: Garick Sales | -$8,609 | -$3,288 | -$907 | -$276 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | -$5,595 | -$18,675 |
| Shipping & Delivery | $1,480 | $1,353 | $3,161 | $3,545 | $2,851 | $3,502 | $2,644 | $1,344 | $1,913 | $2,131 | $1,434 | $1,955 | $27,313 |
| Sales Growth over 2019 | $1,324 | $1,056 | $4,379 | $3,583 | $3,504 | $3,374 | $2,207 | $2,965 | $1,948 | $2,249 | $2,062 | $1,789 | $30,440 |
| Maintenance Revenue-Pallet | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $9,000 |
| Waste Disposal Revenue-Pallet | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $63,000 |
| JCI & Siemens |  |  |  |  | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $48,000 |
| **Total Revenue** | $33,804 | $28,177 | $97,951 | $81,246 | $85,579 | $82,861 | $58,339 | $74,272 | $52,906 | $59,233 | $55,297 | $49,567 | $759,232 |

| Variable & Fixed Expenses | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Advertising | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $1,800 |
| Annual Permit |  |  |  | $1,000 |  |  |  |  |  |  |  |  | $1,000 |
| Bank Card Discount | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $1,440 |
| Bank Service Charge | $140 | $140 | $140 | $140 | $140 | $140 | $140 | $140 | $140 | $140 | $140 | $140 | $1,680 |
| Color for Mulch | $2,089 | $999 | $4,969 | $5,194 | $4,836 | $3,851 | $1,723 | $3,533 | $1,499 | $2,061 | $2,261 | $2,485 | $35,502 |
| Computer & Internet | $465 | $465 | $465 | $465 | $465 | $465 | $465 | $465 | $465 | $465 | $465 | $465 | $5,580 |
| Bull Dozer Expense J&R | $7,494 | $7,494 | $7,494 | $7,494 | $7,494 | $7,494 | $7,494 | $7,494 | $7,494 | $7,494 | $7,494 | $7,494 | $89,930 |
| Contract Labor Feedstock | $2,296 | $2,296 | $2,296 | $2,296 | $2,296 | $2,296 | $2,296 | $2,296 | $2,296 | $2,296 | $2,296 | $2,296 | $27,547 |
| Freight Magill | $17,188 | $17,188 | $17,188 | $17,188 | $17,188 | $17,188 | $17,188 | $17,188 | $17,188 | $17,188 | $17,188 | $17,188 | $206,250 |
| Maintenance Magill | $1,875 | $1,875 | $1,875 | $1,875 | $1,875 | $1,875 | $1,875 | $1,875 | $1,875 | $1,875 | $1,875 | $1,875 | $22,500 |
| Equipment Rental | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $1,500 |
| Freight Costs | $186 | $186 | $186 | $186 | $186 | $186 | $186 | $186 | $186 | $186 | $186 | $186 | $2,232 |
| Fuel | $954 | $954 | $954 | $954 | $954 | $954 | $954 | $954 | $954 | $954 | $954 | $954 | $11,448 |
| Fuel Off Road Diesel | $5,718 | $5,718 | $5,718 | $5,718 | $5,718 | $5,718 | $5,718 | $5,718 | $5,718 | $5,718 | $5,718 | $5,718 | $68,616 |
| Insurance | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $600 |
| Land Maintenance | $230 | $230 | $230 | $230 | $230 | $230 | $230 | $230 | $230 | $230 | $230 | $230 | $2,760 |
| Merchant Account Fees | $57 | $57 | $57 | $57 | $57 | $57 | $57 | $57 | $57 | $57 | $57 | $57 | $686 |
| Mulch | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $120 | $1,440 |
| Payroll Expense | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $240,000 |
| Professional Fees | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $18,000 |
| Repairs & Maintenance | $662 | $662 | $662 | $662 | $662 | $662 | $662 | $662 | $662 | $662 | $662 | $662 | $7,944 |
| Supplies | $338 | $338 | $338 | $338 | $338 | $338 | $338 | $338 | $338 | $338 | $338 | $338 | $4,056 |
| Trash Removal | $206 | $206 | $206 | $206 | $206 | $206 | $206 | $206 | $206 | $206 | $206 | $206 | $2,472 |
| Utilities | $45 | $45 | $45 | $45 | $45 | $45 | $45 | $45 | $45 | $45 | $45 | $45 | $540 |
| **Total Variable & Fixed Expenses** | $62,008 | $60,917 | $64,887 | $66,113 | $64,755 | $63,770 | $61,641 | $63,451 | $61,418 | $61,980 | $62,180 | $62,404 | $755,523 |
| **Cash Flow to Point** | -$28,204 | -$32,740 | $33,063 | $15,133 | $20,824 | $19,092 | -$3,303 | $10,821 | -$8,512 | -$2,747 | -$6,883 | -$12,837 | $3,708 |

| Debt Payments to be Made: | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IRS-Back Taxes Owed 941 |  |  |  |  | $623 | $623 | $623 | $623 | $623 | $623 | $623 | $623 | $4,984 |
| Kansas State Withholding-Back Taxes Owed |  |  |  |  | $57 | $57 | $57 | $57 | $57 | $57 | $57 | $57 | $456 |
| Emprise Bank | $829 | $829 | $829 | $829 | $829 | $829 | $829 | $829 | $829 | $829 | $829 | $829 | $9,948 |
| Interest Expense-JK | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $3,000 |
| **Total Debt Payments** | $1,079 | $1,079 | $1,079 | $1,079 | $1,759 | $1,759 | $1,759 | $1,759 | $1,759 | $1,759 | $1,759 | $1,759 | $18,388 |
| **Cash Flow Projected for Year 2020** | -$29,283 | -$33,819 | $31,984 | $14,054 | $19,065 | $17,333 | -$5,062 | $9,062 | -$10,271 | -$4,506 | -$8,642 | -$14,596 | -$14,680 |

| Revenue: | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income Pallet Freight | $86,112 | $100,253 | $106,810 | $110,848 | $108,291 | $105,595 | $119,415 | $130,115 | $114,114 | $116,728 | $97,598 | $91,121 | $1,287,000 |
| Income Recycle Freight | $17,188 | $17,188 | $17,188 | $17,188 | $17,188 | $17,188 | $17,188 | $17,188 | $17,188 | $17,188 | $17,188 | $17,188 | $206,250 |
| Income Pallet Maintenance | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $180,000 |
| Income Recycle Maintenance | $1,875 | $1,875 | $1,875 | $1,875 | $1,875 | $1,875 | $1,875 | $1,875 | $1,875 | $1,875 | $1,875 | $1,875 | $22,500 |
| Trucking Revenue-3rd Party | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $72,000 |
| Servicing Revenue-3rd Party | $16,000 | $16,000 | $16,000 | $16,000 | $16,000 | $16,000 | $16,000 | $16,000 | $16,000 | $16,000 | $16,000 | $16,000 | $192,000 |
| **Total Revenue** | $142,174 | $156,316 | $162,873 | $166,910 | $164,353 | $161,657 | $175,477 | $186,178 | $170,176 | $172,791 | $153,660 | $147,184 | $1,959,750 |
| | | | | | | | | | | | | | |
| **Variable & Fixed Expenses** | | | | | | | | | | | | | |
| Advertising | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $1,200 |
| Backhaul Database | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $1,200 |
| Bank Service Charge | $416 | $416 | $416 | $416 | $416 | $416 | $416 | $416 | $416 | $416 | $416 | $416 | $4,992 |
| Building Maintenance | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $1,200 |
| Contract Labor Feedstock | $2,296 | $2,296 | $2,296 | $2,296 | $2,296 | $2,296 | $2,296 | $2,296 | $2,296 | $2,296 | $2,296 | $2,296 | $27,547 |
| Cost of Servicing Expense (70%) | $11,200 | $11,200 | $11,200 | $11,200 | $11,200 | $11,200 | $11,200 | $11,200 | $11,200 | $11,200 | $11,200 | $11,200 | $134,400 |
| Fuel Expense | $23,500 | $23,500 | $23,500 | $23,500 | $23,500 | $23,500 | $23,500 | $23,500 | $23,500 | $23,500 | $23,500 | $23,500 | $282,000 |
| Insurance Expense | $13,600 | $13,600 | $13,600 | $13,600 | $13,600 | $13,600 | $13,600 | $13,600 | $13,600 | $13,600 | $13,600 | $13,600 | $163,200 |
| Monitoring Expense-Verizon | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $7,500 |
| Office Supplies | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $1,200 |
| Payroll | $74,500 | $74,500 | $74,500 | $74,500 | $74,500 | $74,500 | $74,500 | $74,500 | $74,500 | $74,500 | $74,500 | $74,500 | $894,000 |
| Professional Fees | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $18,000 |
| Repairs & Maintenance | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $120,000 |
| Security | $60 | $60 | $60 | $60 | $60 | $60 | $60 | $60 | $60 | $60 | $60 | $60 | $720 |
| Shop Supplies | $3,200 | $3,200 | $3,200 | $3,200 | $3,200 | $3,200 | $3,200 | $3,200 | $3,200 | $3,200 | $3,200 | $3,200 | $38,400 |
| Small Tools & Equipment | $116 | $116 | $116 | $116 | $116 | $116 | $116 | $116 | $116 | $116 | $116 | $116 | $1,392 |
| Tags & License | $2,750 | $2,750 | $2,750 | $2,750 | $2,750 | $2,750 | $2,750 | $2,750 | $2,750 | $2,750 | $2,750 | $2,750 | $33,000 |
| Tires | $4,239 | $4,239 | $4,239 | $4,239 | $4,239 | $4,239 | $4,239 | $4,239 | $4,239 | $4,239 | $4,239 | $4,239 | $50,868 |
| Truck Maintenance | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $13,200 |
| Truck Washing | $700 | $700 | $700 | $700 | $700 | $700 | $700 | $700 | $700 | $700 | $700 | $700 | $8,400 |
| Turnpike Expense | $1,827 | $1,827 | $1,827 | $1,827 | $1,827 | $1,827 | $1,827 | $1,827 | $1,827 | $1,827 | $1,827 | $1,827 | $21,924 |
| Utilities | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $18,000 |
| Welding Supplies | $165 | $165 | $165 | $165 | $165 | $165 | $165 | $165 | $165 | $165 | $165 | $165 | $1,980 |
| Miscellaneous | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $24,000 |
| **Total Variable & Fixed Expenses** | $155,694 | $155,694 | $155,694 | $155,694 | $155,694 | $155,694 | $155,694 | $155,694 | $155,694 | $155,694 | $155,694 | $155,694 | $1,868,323 |
| | | | | | | | | | | | | | |
| **Cash Flow to Point** | -$13,519 | $622 | $7,179 | $11,217 | $8,660 | $5,964 | $19,783 | $30,484 | $14,483 | $17,097 | -$2,033 | -$8,510 | $91,427 |
| | | | | | | | | | | | | | |
| **Debt Payments to be Made:** | | | | | | | | | | | | | |
| IRS-Back Taxes Owed 941 | | | | | $2,680 | $2,680 | $2,680 | $2,680 | $2,680 | $2,680 | $2,680 | $2,680 | $21,440 |
| Kansas State Withholding-Back Taxes Owed | | | | | $214 | $214 | $214 | $214 | $214 | $214 | $214 | $214 | $1,712 |
| Emprise Bank | $559 | $559 | $559 | $559 | $559 | $559 | $559 | $559 | $559 | $559 | $559 | $559 | $6,708 |
| GE Capital | $2,440 | $2,440 | $2,440 | $2,440 | $2,440 | $2,440 | $2,440 | $2,440 | $2,440 | $2,440 | $2,440 | $2,440 | $29,281 |
| **Total Debt Payments** | $2,999 | $2,999 | $2,999 | $2,999 | $5,893 | $5,893 | $5,893 | $5,893 | $5,893 | $5,893 | $5,893 | $5,893 | $59,141 |
| | | | | | | | | | | | | | |
| **Cash Flow Projected for Year 2020** | -$16,518 | -$2,377 | $4,180 | $8,218 | $2,767 | $71 | $13,890 | $24,591 | $8,590 | $11,204 | -$7,927 | -$14,403 | $32,286 |

Pallet, Recycle, Magill Consolidation  
Years 2-5 Cash Flow Projection  
Prepared 2/17/2020

EXHIBIT 2 Page 6

### Cash Flow Projection Year 2

|  | Pallet | Recycle | Magill | Total |
|---|---|---|---|---|
| Sales/Income | $6,921,690 | $774,416 | $1,998,945 | $9,695,051 |
| Cost of Goods Sold | $1,868,856 | $0 | $0 | $1,868,856 |
| Gross Profit | $5,052,833 | $774,416 | $1,998,945 | $7,826,195 |
| Payroll Expense | $2,080,800 | $244,800 | $911,880 | $3,237,480 |
| Semi-variable expenses | $2,403,640 | $525,834 | $993,809 | $3,923,283 |
| Total Expenses | $4,484,440 | $770,634 | $1,905,689 | $7,160,763 |
| Cash Flow to point | $568,393 | $3,782 | $93,256 | $665,431 |
| Less: Other Payment to be made | $549,228 | $11,160 | $66,804 | $627,192 |
| Net Cash Flow | $19,165 | -$7,378 | $26,451 | $38,239 |

### Cash Flow Projection Year 3

|  | Pallet | Recycle | Magill | Total |
|---|---|---|---|---|
| Sales/Income | $7,060,123 | $789,905 | $2,038,924 | $9,888,952 |
| Cost of Goods Sold | $1,906,233 | $0 | $0 | $1,906,233 |
| Gross Profit | $5,153,890 | $789,905 | $2,038,924 | $7,982,718 |
| Payroll Expense | $2,122,416 | $249,696 | $930,118 | $3,302,230 |
| Semi-variable expenses | $2,451,713 | $536,350 | $1,013,686 | $4,001,749 |
| Total Expenses | $4,574,129 | $786,046 | $1,943,803 | $7,303,979 |
| Cash Flow to point | $579,761 | $3,858 | $95,121 | $678,740 |
| Less: Other Payment to be made | $549,833 | $11,160 | $34,728 | $595,721 |
| Net Cash Flow | $29,928 | -$7,302 | $60,393 | $83,019 |

### Cash Flow Projection Year 4

|  | Pallet | Recycle | Magill | Total |
|---|---|---|---|---|
| Sales/Income | $7,201,326 | $805,703 | $2,079,702 | $10,086,731 |
| Cost of Goods Sold | $1,944,358 | $0 | $0 | $1,944,358 |
| Gross Profit | $5,256,968 | $805,703 | $2,079,702 | $8,142,373 |
| Payroll Expense | $2,164,864 | $254,690 | $948,720 | $3,368,274 |
| Semi-variable expenses | $2,500,747 | $547,077 | $1,033,959 | $4,081,784 |
| Total Expenses | $4,665,612 | $801,767 | $1,982,679 | $7,450,058 |
| Cash Flow to point | $591,356 | $3,935 | $97,023 | $692,315 |
| Less: Other Payment to be made | $555,833 | $11,160 | $34,728 | $601,721 |
| Net Cash Flow | $35,523 | -$7,225 | $62,295 | $90,594 |

### Cash Flow Projection Year 5

|  | Pallet | Recycle | Magill | Total |
|---|---|---|---|---|
| Sales/Income | $7,345,352 | $821,817 | $2,121,296 | $10,288,465 |
| Cost of Goods Sold | $1,983,245 | $0 | $0 | $1,983,245 |
| Gross Profit | $5,362,107 | $821,817 | $2,121,296 | $8,305,220 |
| Payroll Expense | $2,208,162 | $259,784 | $967,694 | $3,435,640 |
| Semi-variable expenses | $2,550,762 | $558,019 | $1,054,639 | $4,163,420 |
| Total Expenses | $4,758,924 | $817,803 | $2,022,333 | $7,599,059 |
| Cash Flow to point | $603,183 | $4,014 | $98,964 | $706,161 |
| Less: Other Payment to be made | $561,833 | $11,160 | $34,728 | $607,721 |
| Net Cash Flow | $41,350 | -$7,146 | $64,236 | $98,440 |