IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EVERGREEN PALLET, LLC, | ) Case No. 19-21983-RDB-11 |
| | ) |
| Debtor. | ) |

## AMENDMENT TO DEBTOR'S PLAN OF REORGANIZATION

Evergreen Pallet, LLC (the "Debtor") proposes the following **AMENDMENT TO** its Plan of Reorganization ("Plan" or "Plan of Reorganization") in this Chapter 11 case, pursuant to Chapter 11 of the Bankruptcy Code, 11 U.S.C. '1101 et seq. in compliance with the Local Rule of Bankruptcy Procedure 3016-3, as follows:

3.8     Class Eight includes the leases with Lift Parts Service, LLC for five (5) forklifts (Serial#:H2X393J02712; Serial#: H2X393J02511; Serial#: H2X393J02704; Serial#: P232L-1560-9839; and Serial#: H2X393J02708). The lease term is 48 months with a base rent of $1,350/month plus overage of $6.15/hour if the usage is over 3,000 hours per year for each forklift. The total is $1,900 per week or $6,750 per month. The lease will be assumed.

5.3  The Class Eight Claim of Lift Parts Service, LLC ("LPS") are equipment leases for five (5) forklifts, which will be assumed. The monthly payments are $6,750 until the leases are completed. Class Eight is unimpaired.

Date March 2, 2020

EVERGREEN PALLET, LLC.

By /s/ *Jeffrey Ralls*
Jeffrey Ralls
Sole Member

KRIGEL & KRIGEL, P.C.
 /s/ *Erlene W. Krigel*
Erlene W. Krigel,    No. 70425
4520 Main Street, Suite 700
Kansas City, Missouri 64111
Telephone: (816) 756-5800
Fax: (816) 756-1999
ATTORNEYS FOR DEBTOR