IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-21983 |
| EVERGREEN PALLET, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |

### STIPULATION RESOLVING ISSUES BETWEEN
### DEBTOR AND NEWTEK SMALL BUSINESS FINANCE

This stipulation (the "Stipulation") is made and entered into this 23rd day of July, 2020, between Evergreen Pallet, LLC ("Debtor") and Newtek Small Business Finance ("Newtek" and together with the Debtor, the "Parties").

WHEREAS, Debtor filed its Amended Chapter 11 Plan of Reorganization (the "Plan") on March 2, 2020, and the Plan is set for hearing and confirmation on July 23, 2020, after the continuance of the June 26, 2020 confirmation hearing by agreement of the parties;

WHEREAS, Newtek timely filed an objection to confirmation of the Plan and voted to reject the Plan;

WHEREAS, the Parties have consensually reached acceptable terms to resolve Newtek's objections and claims, and the parties wish to modify Newtek's treatment as set forth in the Plan;

WHEREAS, the Parties wish and intend to incorporate this Stipulation into the Plan;

NOW THEREFORE, upon consideration of the foregoing, in consideration of the mutual covenants, promises and obligations set forth herein, and other good and valuable consideration, the sufficiency of which is acknowledged, the Debtor and Newtek stipulate and agree as follows:

## STIPULATION

1. The Recitals set forth above form an integral part of this Stipulation and are incorporated fully herein.

2. Given the costs, risks, time commitments and general uncertainty of the confirmation hearings, the Parties have agreed, pursuant to the terms of this Stipulation, to resolve the various disputes among the Parties, including, among other things, disputes regarding the feasibility of the Debtors' Plan; the amount of Newtek's secured claim; the interest rate to which Newtek is entitled; the maturity of the Newtek loans; the amortization of the Newtek loan; and the manner of payment of Newtek's claim.

3. The Debtor and Evergreen Recycle, L.L.C. jointly executed a Note on March 16, 2016, in which they promised to pay to Newtek the principal amount of $4,157,000.00 plus interest and costs, including attorneys' fees and expenses (the "Evergreen Note"). The March 16, 2016 Note was guaranteed by Jeffrey Ralls, Ralls Properties LLC, and Robin Waalcher (Jeffrey Ralls' spouse). Previous to March 16, 2016, Magill Truck Lines, LLC ("Magill"), a related entity, and Jeffrey Ralls personally executed a Note on March 10, 2016 with Newtek, which was guaranteed by the Debtor and Evergreen Recycle, LLC ("Recycle"), another related entity, in which they promised to pay to Newtek the principal amount of $843,000 plus interest and costs, including attorneys' fees and expenses (the "Magill Note") and collectively these two Notes are referred to as "The Note."

4. The Note was duly secured by, among other things, all of the Debtor's personal property, accounts, inventory, chattel paper, equipment, machinery and general intangibles and the proceeds therefrom. (The Note, the security agreements, the guarantees, and any other loan documents between the Parties may be referred to herein collectively as the "Loan Documents".)

5. The Parties agree that Newtek shall have an allowed secured claim under Class 5.1 of the Plan in the amount of $2,428,379 as of the date of this Stipulation. The collateral which secures The Note are a combination of collateral of Debtor, Jeffrey Ralls, Ralls Properties LLC, Magill and Recycle. Newtek's claim shall be paid as an allowed Class 5.1 secured claim as follows: the Interest Rate shall be 7.25%; the Note shall mature on February 23, 2026; beginning on August 23, 2020, six (6) monthly payments in the amount of $14,671.00 shall be paid on or before the 23rd of each month; beginning on February 23, 2021, sixty (60) monthly principal and interest payments in the amount of $24,664.00 shall be paid on or before the 23rd of each month; based upon an amortization of twelve and a half (12.5) years.

6. The Parties further agree that Newtek shall have an allowed unsecured claim under Class 10 of the Plan, in the amount of $2,136,177.00. Beginning on August 23, 2020, the Debtor shall pay to Newtek eighty-four (84) monthly payments of $2,543.07. Pursuant to the Plan, Newtek shall receive 10% of this allowed unsecured claim in the total amount of $213,618.

7. All other terms and conditions of the Loan Documents, unless expressly modified herein by this Stipulation, are fully incorporated into this Stipulation and the Plan; and such terms and conditions are hereby adopted and agreed to by the Parties in full unless modified in writing by both Parties. In the event of default under the Loan Documents, Newtek shall have any and all remedies available to it that would be available to it for a default under the terms of the Loan Documents in accordance with those terms and applicable law.

8. In the event that the Court does not approve this Stipulation as a part of the confirmation hearing, any and all of its provisions shall be void and it shall be of no force or effect.

9. Except as set forth herein, this Stipulation shall not affect the rights and obligations of the Parties under any other agreements, stipulations or orders of the Court.

10. The terms of this Stipulation are fully incorporated into the Plan.

11. With the above additions and/or changes to the Plan, Newtek accepts the Plan originally filed February 18, 2020, amended on March 2, 2020 and supports confirmation of the same.

IN WITNESS WHEREOF and in agreement herewith, by and through their undersigned counsel, the Parties have executed and delivered this Stipulation as of the date first set forth above.

| **McDowell Rice Smith & Buchanan, P.C.** | **Krigel & Krigel**, P.C. |
|---|---|
| /s/ Robert D. Maher | /s/ Erlene Krigel |
| Robert D. Maher, #51714 | Erlene Krigel, KS FED #70425 |
| 605 W 47th Street, Suite 350 | 4520 Main Street, Suite 700 |
| Kansas City, Missouri 64112 | Kansas City, Missouri 64111 |
| E-mail: rmaher@mcdowellrice.com | Email: ekrigel@krigelandkrigel.com |
| Telephone: (816) 960-7393 | Telephone: (816) 756-5800 |
| FAX: (816) 753-9996 | FAX: (816) 756-1999 |
| ATTORNEY FOR NEWTEK | ATTORNEY FOR DEBTOR |

AND

**DEBTOR**

EVERGREEN PALLET, LLC

/s/ Jeffrey Ralls
By: Jeffrey Ralls
Its: Authorized Agent